**Electronically Filed
Supreme Court
SCWC-23-0000701
06-APR-2026
03:44 PM
Dkt. 13 OGAC**

SCWC-23-0000701

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARCUS L. KAWATACHI, in his official capacity as
Executive Director of the Hawaiʻi Civil Rights Commission,
<u>ex relatione</u>, ROBERT A. FAHN and BRENDA A. FAHN,
Respondent/Plaintiff-Appellant,

vs.

THE PARRISH COLLECTION, LLC; THE PARRISH COLLECTION KAUAI;
JONATHAN D. PARRISH and SIMONE McCAFFREY,
Petitioners/Defendants-Appellees,

and

LINDA EVANS, as Trustee of the LAURA P. EVANS
REVOCABLE TRUST DATED May 8, 2022,
Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000701; CASE NO. 5CCV-23-0000077)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioners The Parrish Collection, LLC, The Parrish

Collection Kauai, Jonathan D. Parrish, and Simone McCaffrey's

Application for Writ of Certiorari, filed on February 13, 2026,

is hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, April 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer